### Exhibit A to the Complaint

**Location:** Queens, NY  
**Total Works Infringed:** 42  

**IP Address:** 68.237.74.95  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9484E63C729B5E6DEAA1B2A31E98075B16D914A4<br>File Hash:<br>7378EBD3719E21C39E6A186B686DAB035587EBA3566D98DBDAF723BD309BF17C | 07-22-2022 06:19:16 | Tushy | 07-17-2022 | 07-22-2022 | PA0002359476 |
| 2 | Info Hash: 8241A5E05DAA67A4641B7DF29981030AA6A82700<br>File Hash:<br>93EAFB8429099F10B09FFD180369B3D777659862BB1168AD42A517C05ADAC959 | 07-02-2022 04:48:46 | Tushy | 06-26-2022 | 07-22-2022 | PA0002359467 |
| 3 | Info Hash: A26BB8C812B2646DB71C375FA96F1F50D76E27C3<br>File Hash:<br>496833F669BF83F645C7101EC8B093ACF0D707158A49B56949D0652DC3A5D863 | 06-21-2022 06:08:27 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 4 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash:<br>C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 06-20-2022 19:27:15 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 5 | Info Hash: 34C8C1B694349A1DF59D9F3EFE5A333A6EC7F644<br>File Hash:<br>23FF03E8C3FB4FDE9345CDF7003D800AB523390D1F647D6CEE532772B08A913F | 06-17-2022 00:14:20 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 6 | Info Hash: 141878F404F3ADC6EE96B8F9C8286F1A6D27A038<br>File Hash:<br>A8FEEA012BFA3AA2AB0B6096A186E934C32F7D67486DADBDBF922646E38A2CCC | 06-13-2022 04:23:05 | Blacked Raw | 05-23-2022 | 06-27-2022 | PA0002355031 |
| 7 | Info Hash: E5D59982A2E5EE3FBDD91BA30CEC76A33D66E8F2<br>File Hash:<br>1D3D4D1D9F187B6DADBBB91714B2826F2293421F515EDA999DDDB4E900E8F2B3 | 06-07-2022 01:06:08 | Blacked | 06-04-2022 | 06-27-2022 | PA0002354990 |
| 8 | Info Hash: 02737C57EA8D7F1BE0D9BCB407B3039CAC858FC0<br>File Hash:<br>056DCCEA0D83F6BBE78220E23381CC49F29AA68BBE58CE0B2430FD16753BAFD3 | 05-28-2022 19:17:24 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 9 | Info Hash: 8BA8764544F1FBE6BD82F7923A3B95017B5096D1<br>File Hash:<br>36C3CDB7883E1838A70BEF3D31D3FB40D3369B836E3C2DBD01FC0AD89C963B4C | 05-10-2022 06:56:19 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 10 | Info Hash: 4EBC017ACD73056D259280A6889B1E5D096C70AB<br>File Hash:<br>D231B67080FC1F806279B7C6856B6FA58C72A5D0461DDA3591480A0FDA36516B | 05-10-2022 03:56:16 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 11 | Info Hash: 4FA73355E868FD45026F2DD6332408A352645CA8<br>File Hash:<br>3CEE95CE556134B4AAFBE99FA87955BF2F223A9E98C19C7606D81B33BE696FB3 | 05-06-2022 08:49:22 | Blacked | 01-25-2020 | 02-20-2020 | PA0002229054 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 57E88633C31BC37F29A65B1C501615321DC5C760<br>File Hash: 3B9BE34DD687B8868431D95859DE22EB21BDA05D52FDD01CAF51F737E3BE7099 | 04-26-2022 03:05:07 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 13 | Info Hash: A8084C19BEC1D09429B59BF860C6FE610736A2EE<br>File Hash: 34D25F452E0DE9538ED70B186D90099EE908714B0D1AA9CA3EC6D75B7C45B395 | 04-20-2022 23:32:18 | Tushy | 04-17-2022 | 04-23-2022 | PA0002346417 |
| 14 | Info Hash: 26771746F4F99C47B394DB55E96A3E8FE2A75109<br>File Hash: A8699CD5A59C165007BAD2E3D1CF406BA0176CE10677A465BF261A579C98D1A3 | 04-10-2022 19:22:33 | Tushy | 10-18-2020 | 11-05-2020 | PA0002263388 |
| 15 | Info Hash: D084A13EA5DED2457EABA64B6EF9C55F77BC0B7D<br>File Hash: C58DD4F43C5F41C5C58C4D15EBD8127029899BCDD24C3288A29742A31B2635A4 | 03-28-2022 00:14:26 | Tushy | 03-27-2022 | 04-23-2022 | PA0002346427 |
| 16 | Info Hash: 41AFE4A55A7B61334167D7D1F33D1877DD9CEAF9<br>File Hash: DE0A9FCC7E1637EA5FFF05911E6A3ADA0EDDB789A64C9C964C2F21892095D1C5 | 03-25-2022 00:23:15 | Blacked | 03-05-2022 | 03-29-2022 | PA0002342848 |
| 17 | Info Hash: A0820BFB597EB5A9A2170B781BBB6671BB5C5AB3<br>File Hash: 6444F59E4D4A99099DDDE60EB4EDE24A59F02D8A6B15501CAAB79CE75A85B706 | 03-24-2022 20:16:38 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 18 | Info Hash: D83193406915569AEF36C3243A108D067BB4362C<br>File Hash: 4892EE5320670C6E62AD1E84123CA19A42990CC5A10FEFD112CD7B26D9F15565 | 02-09-2022 02:22:33 | Blacked Raw | 02-07-2022 | 02-14-2022 | PA0002335458 |
| 19 | Info Hash: 98E8FF7FF56F9AD6FD90ABE7AAE92BA00E22CD19<br>File Hash: 95697618C09858F36CEC0CDE65F7026BB93014748422216B0DDDE9910B006B86 | 02-05-2022 16:21:33 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 20 | Info Hash: 8CA86CDF6AFE3B09FE0090E6233DE76E4E5128F8<br>File Hash: 2B69EDC0E4D27000A2ED3CF9595E6D5ED63A87F3B13480A164D5CDF754B270FC | 02-05-2022 01:35:00 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 21 | Info Hash: 44607C8D4F222D6BBA2B0FFBF698CAF5A5737D1C<br>File Hash: B752747C4533C227EE373AD1AC52C3F042982DC2FE0FC7FBF104D0B0E4012D59 | 01-18-2022 05:14:41 | Tushy | 01-16-2022 | 03-04-2022 | PA0002345785 |
| 22 | Info Hash: D9E61ECE24E265F505D4CDE0DF47085186F701B8<br>File Hash: EBE7E0707DB770458EB88C149881234D51EDC97454CDAFB0D24B931E2F192187 | 01-05-2022 06:14:17 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 23 | Info Hash: E37EE43F46A734D822E0F758EADA417480D0B360<br>File Hash: 5578883F40DA6D2AEDDDA64FD68837AA862A8BD0D69A040F602D95040C20B009 | 01-05-2022 05:53:04 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 2BB2D233CFA2CD8D82B8235D0D97DFF470EF6C9A<br>File Hash: D36261B84CEECB469E9E2F6CAA4DCD5028E1DFB79B0E1BFE2EE35625760EBF46 | 12-25-2021 02:17:47 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 25 | Info Hash: B994E5CB65DAD63AACE3CA0B4A938A196DDC2BAB<br>File Hash: DB6AA7EA5A6B1E8BE9903E0F3E2065D431000200F6BBAA7A7AC55E152E4E81BB | 12-23-2021 05:31:17 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 26 | Info Hash: B8AD8FF3324FA3498D88796537A365987A9025FB<br>File Hash: 459485322ACFB4347ADD22097635CC4EF8EF6DBF6AAE86D7C351CBA3B5DE91FC | 11-16-2021 05:08:24 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 27 | Info Hash: 9CF0E3464640945F7CE78B2F6AAAF9C709CC5C18<br>File Hash: 31FF1DEE45C0E4EC51BEB145F473177182F33337944022113E746434EF8AA806 | 11-12-2021 00:31:34 | Blacked Raw | 08-30-2021 | 09-30-2021 | PA0002319882 |
| 28 | Info Hash: 2826E0EC5A7FB59303726FFF201A69B8DA9EB469<br>File Hash: F10E95EA725C0B652D50487E49D8295B8B8E94F3E015BAB8C3474D742F703159 | 10-30-2021 06:10:11 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 29 | Info Hash: B154777657CCE3782CB0E7E8307E5E6CABBC00B6<br>File Hash: 07B89DCCCAB56FE8553229B3CCCE4FC5A7DCDE5338E9FEF0C5B3DB987BDBD7C2 | 10-26-2021 04:08:10 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |
| 30 | Info Hash: B3BF9504ADC518C52D4DBC938DB036F62628594B<br>File Hash: D94CE57E9284FD7AE5676C5F1B2D1F263BB8D0AD9F8A160283B22EC8B291778C | 10-25-2021 23:08:58 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 31 | Info Hash: BEFA2F7603AFDDBAAE5B6F59BF41C10B6EBF75F8<br>File Hash: D3A42C2F7CAB7EED25123E98B4CD09165CD848C3684F48982B38778191FA6A0B | 09-30-2021 00:17:09 | Blacked | 09-29-2021 | 11-11-2021 | PA0002321302 |
| 32 | Info Hash: 81FF0AB7D250E5C592D08BFA29983585426C5F0B<br>File Hash: E55963C558E229DFB329EF484C56CCC10B115F325ABC4CF75EDCAB3B51D862E3 | 08-31-2021 05:09:38 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 33 | Info Hash: D6FA7AD3EAE613E92B19DB27EFCBBD9069363368<br>File Hash: 94BC948A0540DF1EBCAD6D5372A59B002DABC44BB7E38D8881F0D340EFF05854 | 08-31-2021 05:09:30 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 34 | Info Hash: 1940389DD190E3E89884ABAE58002D280B2358FA<br>File Hash: DD2A11014024B8D5CDB437658A970C63D70A2B7EF7FF2727EEA9CD7A5D3621CE | 07-21-2021 00:35:13 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 35 | Info Hash: 7F5421A1DFD0A85A6703EE140BFC1FB3BCEC7573<br>File Hash: 3E17496015D296C2893556FF97230AADD8FE444E9B6F1AB3A0C1A1FD5A8DDCF3 | 07-20-2021 23:11:43 | Blacked Raw | 07-19-2021 | 08-23-2021 | PA0002308404 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: EE336291CD0DC2CE7278168F94E9BA7006B31823<br>File Hash:<br>117EB7A1966D88458C6860192161CDE74D82E1D7E10588521898FF3D5E55AD8B | 07-06-2021<br>00:00:24 | Tushy | 07-04-2021 | 07-08-2021 | PA0002300663 |
| 37 | Info Hash: EB8E513CE7DBD219D8D05202AE98EE12F9F4BAB6<br>File Hash:<br>B46BB309BC38C7EA2D7C51669AE1044CE534B970F525ECCE03CFA12D6CFC9F47 | 07-04-2021<br>04:05:42 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 38 | Info Hash: 639E32AA9A29B55D5F3F27A2294E8E3E2133123D<br>File Hash:<br>95812A21AE7EFD973AF7380CE9DB99CE1C25EEF7C88DD1A31C716D2D6F9E1E9D | 06-09-2021<br>23:03:18 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 39 | Info Hash: 4616D69E04F07B21BCA9188B66E83F0DFAE0D068<br>File Hash:<br>CDEC49DFF5C64043A5223D570A0FB4D175AEEE463E9B0589EB40BD8C0C932C7C | 05-29-2021<br>00:34:29 | Blacked | 05-22-2021 | 06-09-2021 | PA0002295591 |
| 40 | Info Hash: E9C3E547E71BADF7348E835DA6BEFD549928A5F9<br>File Hash:<br>7AE80A2DA71A2F493F2D1C3F2E2E19307D17551538C9153F1AB5EB0FDD4758B2 | 04-24-2021<br>18:53:43 | Blacked | 04-17-2021 | 06-09-2021 | PA0002295585 |
| 41 | Info Hash: 1C83D6A39B0435E536F60B6C6C4E527F524238F1<br>File Hash:<br>8E81AC0D19F54AA6648800A7158ABC19D7DA93A5D74ED63F8CCAF3D4CD9993CE | 04-24-2021<br>18:18:46 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 42 | Info Hash: 977D3A41555C68FD37C1E7FC1B393E83C4DB3B35<br>File Hash:<br>FB4BBB49CCE4B072795D2656F13151B547D1F52342C88B605F681DCAD2F73EE6 | 04-05-2021<br>01:23:52 | Tushy | 12-27-2020 | 01-05-2021 | PA0002269957 |